**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLYDE KENNETH DAVIS, | ) NO. EDCV 05-940-DSF (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| RICHARD KIRKLAND, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  11/30/09 .

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE